UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | MISC. NO. 3:14mj92 |
| REQUEST FOR ISSUANCE OF AN ARREST WARRANT FOR MATERIAL WITNESS | ORDER |

FILED
CHARLOTTE, NC
MAY 20 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Request, Affidavit, the Motion to Seal and this Order be sealed, in order to protect the victim's right to privacy per 18 U.S.C. §3771.

**IT IS HEREBY ORDERED** that the Request, Affidavit, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE