IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-MJ-00092-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATERIAL WITNESS | ) | UNDER SEAL |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's oral Motion to Dismiss this material witness matter and release the person from federal custody in this case. For the reasons stated in court, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion is **GRANTED** and the person held in this material witness matter may be released from federal custody in this case.

Signed: August 7, 2014

Robert J. Conrad, Jr.
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.